IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCAS MARTINEZ,               ) | No.  C 10-02525 EJD (PR) |
|        Plaintiff,               ) | ORDER GRANTING MOTION FOR |
|   v.                                                    ) | EXTENSION OF TIME TO FILE OPPOSITION |
| MICHAEL SAYRE, et al.,                     ) | |
|        Defendants.               ) | (Docket No. 40) |

Plaintiff, an inmate at the Pelican Bay State Prison in Crescent City, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983, challenging the conditions of his confinement.  Plaintiff has filed a motion for extension of time, (Docket No. 40), to file opposition to Defendants Michael Sayre and Claire Williams' motion for summary judgment, (Docket No. 36).  Good cause appearing, plaintiff's motion is GRANTED, such that his opposition to Defendants' motion for summary judgment shall be filed **no later than July 2, 2011**.

This order terminates Docket No. 40.

DATED:   June 8, 2011

EDWARD J. DAVILA
United States District Judge

Order Granting Ext. Of Time
P:\PRO-SE\SJ.EJD\CR.10\Martinez02525_eot-oppo2.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MARTINEZ,

      Plaintiff,

  v.

MICHAEL SAYRE, et al.,

      Defendants.

Case Number: CV10-02525 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/10/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Lucas Martinez P-67325
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532

Dated: 6/10/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk