IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCAS MARTINEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL SAYRE, et al., ) <br> ) <br> Defendants. ) <br>_____ ) | No.  C 10-02525 EJD (PR) <br><br> ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION <br><br><br><br><br> (Docket No. 44) |

    Plaintiff, an inmate at the Pelican Bay State Prison in Crescent City, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983, challenging the conditions of his confinement.  Plaintiff has filed a second motion for extension of time, (Docket No. 44), to file opposition to Defendants Michael Sayre and Claire Williams' motion for summary judgment, (Docket No. 36).  Defendants filed a statement of non-opposition to Plaintiff's request for an extension of time, (Docket No. 48).  However, they do oppose any document filed in excess of 50 pages as a violation of Local Rule 7-4(b).  (Id.)

    Good cause appearing, Plaintiff's motion is GRANTED, such that his opposition to Defendants' motion for summary judgment shall be filed **no later than August 2, 2011**.  Furthermore, the Court advises that should Plaintiff desire to file an opposition in excess of 50 pages, he must first seek leave of the Court to do so prior to the

P:\PRO-SE\SJ.EJD\CR.10\Martinez02525_2d-eot-oppo2msj.wpd           1

1 | August 2, 2011 due date pursuant to Local Rule 7-4(b).

2 |     This order terminates Docket No. 44.

3 | DATED: _July 19, 2011_

_[signature]_
EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LUCAS MARTINEZ,

        Plaintiff,

  v.

MICHAEL SAYRE, et al.,

        Defendants.

Case Number: CV10-02525 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/27/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Lucas Martinez P-67325
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532

Dated: 7/27/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk